

US00D819884S

(12) **United States Design Patent** (10) Patent No.: **US D819,884 S**

Shotwell (45) Date of Patent: ** **Jun. 5, 2018**

(54) **GLASS WITH INTEGRATED RESTS FOR TOBACCO PRODUCTS**

(71) Applicant: **SAJ Group, LLC**, Chicago, IL (US)

(72) Inventor: **James A. Shotwell**, Chicago, IL (US)

(73) Assignee: **SAJ GROUP, LLC**, Chicago, IL (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/585,256**

(22) Filed: **Nov. 22, 2016**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 15/355,718, filed on Nov. 18, 2016.

(51) **LOC (11) Cl.** ............................................... 27-03

(52) **U.S. Cl.**
USPC ...................................................... **D27/135**

(58) **Field of Classification Search**
USPC ......... D27/118, 106, 102, 104, 105; D7/514, D7/500, 510, 523, 532, 528; D9/774, D9/767, 763, 772, 777, 778, 414, 428, D9/429; 131/231, 240, 240.1, 241, 242
CPC .................................. A24F 15/08; A24F 15/00
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,106,204 | A | 8/1914 | Gross | |
| 2,092,743 | A | 9/1937 | Hirner | |
| 2,588,208 | A | 3/1952 | Connellan | |
| 2,786,474 | A | 3/1957 | Miller | |
| 2,919,096 | A | 12/1959 | Cohen | |
| D244,302 | S | * 5/1977 | Bradley | D27/104 |
| 4,142,537 | A | 3/1979 | Fenelon | |
| 4,187,864 | A | 2/1980 | Taddeo | |
| D395,097 | S | * 6/1998 | Barton | D27/135 |

(Continued)

### OTHER PUBLICATIONS

International search report from PCT/US2017/061940.

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Rebecca Tsehaye
(74) *Attorney, Agent, or Firm* — Crawford Intellectual Proper; Brie A. Crawford

(57) **CLAIM**

The ornamental design for a glass with integrated rests for tobacco products, as shown and described.

### DESCRIPTION

FIG. **1** depicts a top perspective view of the glass with integrated rests for tobacco products showing my new design;

FIG. **2** depicts a front plan view of the glass with integrated rests for tobacco products shown in FIG. **1**;

FIG. **3** depicts a rear plan view of the glass with integrated rests for tobacco products shown in FIG. **1** and the reverse view of FIG. **2**;

FIG. **4** depicts a top plan view of the glass with integrated rests for tobacco products shown in FIG. **1**;

FIG. **5** depicts a bottom plan view of the glass with integrated rests for tobacco products shown in FIG. **1** and the reverse view of FIG. **4**;

FIG. **6** depicts a left plan view of the glass with integrated rests for tobacco products shown in FIG. **1**;

FIG. **7** depicts a right plan view of the glass with integrated rests for tobacco products shown in FIG. **1** and the reverse view of FIG. **6**; and,

FIG. **8** depicts a top perspective view of the glass with integrated rests for tobacco products shown in FIG. **1** showing a tobacco product in broken line that forms no part of the claimed design.

The broken lines in FIG. **5** depicts a portion of the glass with integrated rests for tobacco products that forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D403,804 | S | | 1/1999 | Silkaitis |
| 6,032,824 | A | | 3/2000 | Barrow |
| D432,712 | S | * | 10/2000 | Perrier ........................ D27/102 |
| D468,857 | S | * | 1/2003 | Foote ......................... D27/104 |
| D493,011 | S | * | 7/2004 | Foote ......................... D27/104 |
| D496,753 | S | * | 9/2004 | Thornell ...................... D27/105 |
| 7,096,521 | B2 | | 8/2006 | Rifkin |
| 7,661,431 | B1 | | 2/2010 | Barrios |
| D655,984 | S | * | 3/2012 | Andreesen .................... D7/509 |
| D658,329 | S | * | 4/2012 | Katz .......................... D27/125 |
| D780,992 | S | * | 3/2017 | Lozier ........................ D27/103 |
| D785,860 | S | * | 5/2017 | Fischer ....................... D27/102 |
| 2003/0230244 | A1 | | 12/2003 | Morrison |
| 2008/0022937 | A1 | | 1/2008 | Shirley |
| 2009/0272390 | A1 | | 11/2009 | Blondeel |

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8