

# (12) United States Design Patent
## Shotwell

(10) Patent No.: **US D846,184 S**
(45) Date of Patent: ** Apr. 16, 2019

(54) **GLASS WITH INTEGRATED RESTS FOR TOBACCO PRODUCTS**

(71) Applicant: **SAJ Group, LLC**, Chicago, IL (US)

(72) Inventor: **James A. Shotwell**, Chicago, IL (US)

(73) Assignee: **SAJ Group, LLC**, Chicago, IL (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/649,955**

(22) Filed: **Jun. 4, 2018**

### Related U.S. Application Data

(63) Continuation of application No. 29/585,256, filed on Nov. 22, 2016, now Pat. No. Des. 819,884, which is
(Continued)

(51) LOC (11) Cl. ............................................... **27-03**
(52) U.S. Cl.
USPC ....................................................... **D27/118**
(58) Field of Classification Search
USPC ............... D27/118, 135, 106, 102, 104, 105;
D7/514, 500, 510, 523, 532, 528;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D244,302 S * 5/1977 Bradley ........................ D27/104
D309,352 S * 7/1990 Harder ......................... D27/135
(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Rebecca Tsehaye
(74) *Attorney, Agent, or Firm* — Crawford Intellectual Property Law LLC; Brie A. Crawford; Marc J. Whipple

(57) **CLAIM**

The ornamental design for a glass with integrated rests for tobacco products, as shown and described.

### DESCRIPTION

FIG. **1** depicts a top perspective view of the glass with integrated rests for tobacco products showing my new design and showing the base of the glass in broken line that forms no part of the claimed design;
FIG. **2** depicts a front elevational view of the glass with integrated rests for tobacco products shown in FIG. **1** and showing the base of the glass in broken line that forms no part of the claimed design;
FIG. **3** depicts a rear elevational view of the glass with integrated rests for tobacco products shown in FIG. **1** and the reverse view of FIG. **2** and showing the base of the glass in broken line that forms no part of the claimed design;
FIG. **4** depicts a top plan view of the glass with integrated rests for tobacco products shown in FIG. **1** and showing the base of the glass in broken line that forms no part of the claimed design;
FIG. **5** depicts a bottom plan view of the glass with integrated rests for tobacco products shown in FIG. **1** and the reverse view of FIG. **4** and showing the base of the glass in broken line that forms no part of the claimed design;
FIG. **6** depicts a left elevational view of the glass with integrated rests for tobacco products shown in FIG. **1** and showing the base of the glass in broken line that forms no part of the claimed design;
FIG. **7** depicts a right elevational view of the glass with integrated rests for tobacco products shown in FIG. **1** and the reverse view of FIG. **6** and showing the base of the glass in broken line that forms no part of the claimed design; and,
FIG. **8** depicts a top perspective view of the glass with integrated rests for tobacco products shown in FIG. **1** and showing the base of the glass and a tobacco product in broken line that forms no part of the claimed design.
The broken lines in FIGS. **1** through **8** depict a portion of the glass with integrated rests for tobacco products or a tobacco product that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**Related U.S. Application Data**

a continuation-in-part of application No. 15/355,718, filed on Nov. 18, 2016.

(58) **Field of Classification Search**
USPC ........ D9/774, 767, 763, 772, 777, 778, 414,
D9/428, 429; 131/231, 240, 240.1, 241, 131/242
CPC .................. A24F 15/08; A24F 15/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D395,097 S * | 6/1998 | Barton | D27/135 |
| D455,225 S * | 4/2002 | Whitlock | D27/133 |
| D462,803 S * | 9/2002 | Meoli | D27/135 |
| D468,857 S * | 1/2003 | Foote | D27/104 |
| D493,011 S * | 7/2004 | Foote | D27/104 |
| D496,753 S * | 9/2004 | Thornell | D27/105 |
| D658,329 S * | 4/2012 | Katz | D27/125 |
| D771,439 S * | 11/2016 | Miller | D7/509 |
| D780,992 S * | 3/2017 | Lozier | D27/103 |
| D785,860 S * | 5/2017 | Fischer | D27/102 |
| D792,797 S * | 7/2017 | Kirchick | D11/5 |
| D819,883 S * | 6/2018 | Shotwell | D27/118 |
| D819,884 S * | 6/2018 | Shotwell | D27/135 |
| 2018/0140006 A1 * | 5/2018 | Shotwell | A24F 13/12 |

* cited by examiner



FIG. 1

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8