# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SAJ GROUP, LLC,

     Plaintiff,

v.                            Case No. 8:23-cv-2396-KKM-AAS

DAVIDOFF OF GENEVA USA INC.,
and OETTINGER DAVIDOFF AG,

     Defendants.

_____

## CIVIL CASE ORDER

**RELATED ACTIONS**: No later than **fourteen (14) days from the date of this Order,** Lead Counsel and any pro se plaintiff shall file a notice as to whether a related action is pending as required under Local Rule 1.07(c). The parties shall utilize the attached form **Notice of a Related Action**. Each party has a continuing obligation to file an amended notice within **ten (10) days** of discovering any ground for amendment.

**DISCLOSURE STATEMENT**: This Court screens every case to identify parties and interested corporations in which any assigned judge may be a shareholder or otherwise have an interest, as well as for other matters that might require consideration of recusal. Accordingly, no later than **fourteen (14) days** from the date of this Order, each party, pro se party, governmental party, intervenor, non-party movant, and Rule 69 garnishee shall file the attached **Disclosure Statement and Certification** (also available on the undersigned's website under the "forms" tab) as required under Local Rule 3.03. Any party or entity that appears

after the date of this Order must file the Disclosure Statement within **fourteen (14) days** of appearance.

No party may seek discovery from any source before filing a Disclosure Statement and Certification. A motion, memorandum, response, or other paper—including emergency motion—may be denied or stricken unless the filing party has previously filed its Disclosure Statement and Certification.

Each party has a continuing obligation to file and serve an **amended Disclosure Statement and Certification** within **ten (10) days** of (1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or (2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some nonjudicial interest.

To assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case, including the names of all parties and intervenors on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed. R. Civ. P. 10(a).

**CIVIL CASE MANAGEMENT**: When required by Local Rule 3.02, counsel and any unrepresented party shall confer and file a Case Management Report using the form attached to this order (1) within **forty (40) days** after any defendant appears in an action originating in this court, (2) within **forty (40) days** after the docketing of an action removed or transferred to this court, or (3) within **seventy (70) days** after service on the United States

attorney in an action against the United States, a United States agency, a United States officer or employee sued only in an official capacity, or a United States officer or employee sued in an individual capacity in connection with a duty performed on behalf of the United States.

**ELECTRONIC FILING**: Under Local Rule 2.01(b)(1)(G), all attorneys appearing before this court are required to register for CM/ECF docketing within **fourteen (14) days** of their entry of appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they are to request their password from the Court. (Note: pro se parties are exempt from the electronic filing requirement.)

**CONSENT TO TRIAL BY MAGISTRATE JUDGE**: In accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties may consent to have the assigned United States Magistrate Judge conduct any and all further proceedings in this case, including the trial (and can provide a date certain for trial, unlike the District Court). If the parties wish to consent, they are directed to fill out the attached Magistrate Consent Form and file the form with this Court.

In addition to the foregoing requirements, parties are advised to consult and adhere to the Local Rules with regards to filing requirements and deadlines, which will be strictly enforced.

**ORDERED** in Tampa, Florida, on October 25, 2023.

Kathryn Kimball Mizelle
United States District Judge

Attachments:

Notice of a Related Action (mandatory form)

Certificate of Interested Persons and Corporate Disclosure Statement

Patent Case Management Report

Magistrate Judge Consent/Letter to Counsel

Magistrate Judge Consent Form/Entire Case Magistrate Judge Consent/Specified Motions

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SAJ GROUP, LLC,

     Plaintiff,

v.                            Case No. 8:23-cv-2396-KKM-AAS

DAVIDOFF OF GENEVA USA INC.,
and OETTINGER DAVIDOFF AG,

     Defendants.

_____

## NOTICE OF A RELATED ACTION

     In accordance with Local Rule 1.04(c), I certify that the instant action:

_____       IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

          _____

          _____

          _____

_____       IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated:

_____

Counsel of Record or pro se Party

[Address and Telephone]

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SAJ GROUP, LLC,

      Plaintiff,

v.                                 Case No. 8:23-cv-2396-KKM-AAS

DAVIDOFF OF GENEVA USA INC.,
and OETTINGER DAVIDOFF AG,

      Defendants.

_____

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

      [insert list]

2.)     the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

      [insert list]

3.)     the name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

[insert list]

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

[insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

[Date]

_____

[Certificate of Service]                    [Counsel of Record or pro se Party]
[Address and Telephone]

SAJ GROUP, LLC,

      Plaintiff,

v.                          Case No. 8:23-cv-2396-KKM-AAS

DAVIDOFF OF GENEVA USA INC.,
and OETTINGER DAVIDOFF AG,

      Defendants.

_____

## CASE MANAGEMENT REPORT IN PATENT CASES

      The parties have agreed on the following dates and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 3.02(a)(2):

| DEADLINE OR EVENT     (with Court recommended time frame) | AGREED DATE |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1)) [no later than date of Preliminary Pretrial Conference] | |
| Certificate of Interested Persons and Corporate Disclosure Statement [within 1 week of above if not already completed] | |
| Motions to Add Parties or Amend Pleadings [3 months after CMR conference] | |
| Disclosure of Infringement Contentions [1 month after CMR conference] | |

| | |
|---|---|
| Disclosure of Non-Infringement and Invalidity Contentions<br>[within 1 month of above] | |
| Initial Identification of Disputed Claim Terms<br>[within 1 month of above] | |
| Proposed Claim Term Constructions<br>[within 1 month of above] | |
| Joint Claim Construction Statement<br>[within 2 weeks of above] | |
| Technology Tutorial Conference<br>[within 2 – 4 weeks of above]<br>(if requested, insert date; otherwise, leave blank) | |
| Cross Claim Construction Opening Briefs<br>[within 1 month of above] | |
| Cross Response Briefs<br>[within 1 month of above] | |
| Joint Pre-Hearing Statement<br>[within 1 week of above] | |
| Claim Construction Hearing<br>[within 3 weeks of above] | |
| Disclosure of Intent to Rely on Advice of Counsel as a Defense; Amendment of Infringement, Non-Infringement and Invalidity Contentions; and Disclosure of Expert Reports on Issues Where the Party Bears the Burden of Proof | |

| | |
|---|---|
| [no sooner than 3 months and no later than 5 months of above] | |
| Disclosure of Rebuttal Expert Reports<br>[within 1 month of above] | |
| Fact Discovery Deadline<br>[within 2 months of Amendments] | |
| Expert Discovery Deadline<br> [within 1 month of above] | |
| Dispositive Motions<br>[within 2 months of above and at least 4 − 5 months prior to trial] | |
| Parties' Deadline to Meet and Confer *In Person* to Prepare Joint Final Pretrial Statement<br>[10 days prior to deadline for the final pretrial statement] | |
| Parties' Deadline for Filing Joint Final Pretrial Statement (*Including* Voir Dire Questions, a Single Set of Jointly-Proposed Jury Instructions and Verdict Form (also email to chambers_FLMD_Mizelle@flmd.uscourts.gov), Witness Lists, Exhibit Lists with Objections on Approved Form); Trial Briefs (are not mandatory) | |
| Parties' Deadline for Filing All Other Motions Including Motions *In Limine* [All requests to limit evidence shall be included in a single motion not to exceed 25 pages without leave of Court. Responses are limited to 20 pages without leave of Court. | |

| | |
|---|---|
| Final Pretrial Conference<br>[Court will set a date approximately 4 weeks before trial] | |
| Trial Term Begins [Local Rules set goal of trial within 2 years in all Track Two cases; trial term *must not* be less than 4 months after dispositive motions deadline (unless filing of such is waived.] | |
| Estimated Length of Trial [trial days] | |
| Jury / Non-Jury | |
| Mediation                               Deadline:<br>                                      Mediator<br>                                      Address<br>                                  Telephone<br>[Absent arbitration, mediation is mandatory; either 2 -3 months after CMR conference or just after discovery deadline] | |
| All Parties Consent to Proceed Before Magistrate Judge | Yes____No____<br>Likely to Agree in<br>Future _____ |

## I.    Pre-Discovery Initial Disclosures of Core Information

### A.    Fed. R. Civ. P. 26(a)(1)(A)–(D) Disclosures

Federal Rule of Civil Procedure 26, as amended effective December 1, 2010, provides that these disclosures are mandatory, except as stipulated by the parties or otherwise ordered by the Court (the amendment to Rule 26 supersedes Middle District of Florida Local Rule 3.05, to the extent that Rule 3.05 opts out of the mandatory discovery requirements):

The parties___have exchanged_____agree to exchange (check one) information described in Federal Rule of Civil Procedure 26(a)(1)(A)–(D) by_____(date). Below is a description of information disclosed or scheduled for disclosure.

## II. Agreed Discovery Plan for Plaintiffs and Defendants

### A. Certificate of Interested Persons and Corporate Disclosure Statement

This Court has previously ordered each party, governmental party, intervenor, non-party movant, and Rule 69 garnishee to file and serve a Certificate of Interested Persons and Corporate Disclosure Statement using a mandatory form. No party may seek discovery from any source before filing and serving a Certificate of Interested Persons and Corporate Disclosure Statement. A motion, memorandum, response, or other paper "including emergency motion" is subject to being denied or stricken unless the filing party has previously filed and served its Certificate of Interested Persons and Corporate Disclosure Statement. Any party who has not already filed and served the required certificate is required to do so immediately.

Every party that has appeared in this action to date has filed and served a Certificate of Interested Persons and Corporate Disclosure Statement, which remains current:

_____ Yes                              _____No

Amended Certificate will be filed by_____(party) on or before_____date).

### B. Discovery Not Filed

The parties shall not file discovery materials with the Clerk except as provided in Local Rule 3.03. The Court encourages the exchange of discovery requests on diskette. *See* Local Rule 3.03 (f). The parties further agree as follows:

### C. Limits on Discovery

Absent leave of Court, the parties may take no more than ten depositions per side (not per party). Fed. R. Civ. P. 30(a)(2)(A); Fed. R. Civ. P. 31(a)(2)(A); Local Rule 3.04. Absent leave of Court, the parties may serve no more than twenty-five interrogatories, including sub-parts. Fed. R. Civ. P. 33(a). Absent leave of Court or stipulation of the parties each deposition is limited to one day of seven hours. Fed. R. Civ. P. 30(d)(2). The parties may agree by stipulation on other limits on discovery. The Court will consider the parties' agreed dates, deadlines, and other limits in entering the scheduling order. Fed. R. Civ. P. 29. In addition to the deadlines in the above table, the parties have agreed to further limit discovery as follows:

    1.     Depositions

    2.     Interrogatories

    3.     Document Requests

    4.     Requests to Admit

    5.     Supplementation of Discovery

### D.      Discovery Deadline

Each party shall timely serve discovery requests so that the rules allow for a response prior to the discovery deadline. The Court may deny as untimely all motions to compel filed after the discovery deadline. In addition, the parties agree as follows:

### E. Disclosure of Expert Testimony

On or before the dates set forth in the above table for the disclosure of expert reports, the parties agree to fully comply with Federal Rule of Civil Procedure 26(a)(2) and 26(e). Expert testimony on direct examination at trial will be limited to the opinions, basis, reasons, data, and other information disclosed in the written expert report disclosed pursuant to this order. Failure to disclose such information may result in the exclusion of all or part of the testimony of the expert witness. The parties agree on the following additional matters pertaining to the disclosure of expert testimony:

### F. Other Matters Regarding Discovery

## VI. Settlement and Alternative Dispute Resolution.

### A. Settlement

The parties agree that settlement is_____ likely_____unlikely (check one)

The parties request a settlement conference before a United States Magistrate Judge

_____yes     ____no      ____likely to request in future

B.    Arbitration

The Local Rules no longer designate cases for automatic arbitration, but the parties may elect arbitration in any case. Do the parties agree to arbitrate?

____ yes    ____ no    ____ likely to agree in future

_____ Binding            _____ Non-Binding


C.    Mediation

Absent arbitration or a Court order to the contrary, the parties in every case will participate in Court-annexed mediation as detailed in Chapter Four of the Court's Local Rules. The parties have agreed on a mediator from the Court's approved list of mediators as set forth in the table above and have agreed to the date stated in the table above as the last date for mediation. The list of mediators is available from the Clerk and is posted on the Court's web site at http://www.flmd.uscourts.gov.


D.    Other Alternative Dispute Resolution

The parties intend to pursue the following other methods of alternative dispute resolution:

Date: _____


Signature of Counsel (with information required by Federal Rule of Civil Procedure

11)) and Signature of Unrepresented Parties.

_____     _____

_____     _____

_____     _____

_____     _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SAJ GROUP, LLC,

     Plaintiff,

v.                         Case No. 8:23-cv-2396-KKM-AAS

DAVIDOFF OF GENEVA USA INC.,
and OETTINGER DAVIDOFF AG,

     Defendants.

_____


## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE


     *Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

     You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

     *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all posttrial proceedings.


*Printed names of parties and attorneys*       *Signatures of parties or attorneys*   *Dates*

_____     _____   _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

## Reference Order

    IT IS **ORDERED** that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73.

_____
DATE

_____
KATHRYN KIMBALL MIZELLE

UNITED STATES DISTRICT JUDGE

**NOTE:  RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.  DO NOT RETURN THIS FORM TO A JUDGE.**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SAJ GROUP, LLC,

      Plaintiff,

v.                          Case No. 8:23-cv-2396-KKM-AAS

DAVIDOFF OF GENEVA USA INC.,
and OETTINGER DAVIDOFF AG,

      Defendants.

_____

# NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION
# TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below (*identify each motion by document number and title).*

**MOTION(S)**       _____

_____

*Printed names of parties and attorneys*          *Signatures of parties or attorneys   Dates*

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____


## REFERENCE ORDER

**IT IS ORDERED:** The motions are referred to the United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).


_____          _____

DATE                                              KATHRYN KIMBALL MIZELLE

                                                     UNITED STATES DISTRICT JUDGE


**NOTE:  RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.  DO NOT RETURN THIS FORM TO A JUDGE.**