# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SAJ GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OETTINGER DAVIDOFF AG, and DAVIDOFF OF GENEVA USA INC.,<br><br>    Defendant. | Case No. 8:23-cv-02396-KKM-AAS<br><br>**NOTICE OF LEAD COUNSEL DESIGNATION** |

**NOTICE OF LEAD COUNSEL DESIGNATION**

Plaintiff SAJ Group, LLC, ("SAJ Group") hereby designates Weir L. King III as its lead counsel in this matter.

Dated: 10/25/2023

Respectfully submitted,

*/s/ Weir L. King III*
Weir L. King III (Lead Counsel)
Florida Bar No. 1039989
772-486-4486

Joseph J. Zito (Special Admission Pending)
202-466-3500
WHITESTONE LAW
1850 Towers Crescent Plaza, #550 Tysons, Virginia 22182
wking@whitestone.law
jzito@whitestone.law
*Attorneys for Plaintiff*
SAJ Group, LLC