# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SAJ GROUP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>OETTINGER DAVIDOFF AG, DAVIDOFF OF GENEVA USA INC.,<br><br>        Defendant. | Case No. 8:23-cv-02396-KKM-AAS<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF SAJ GROUP, LLC** |

**CERTIFICATE OF INTERESTED PARTIES and CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF SAJ GROUP, LLC**

I hereby disclose the following pursuant to this Court's interested persons order:

The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- Whitestone Law PLLC (Counsel for Plaintiff)
- Saj Group, LLC (Plaintiff)
- Davidoff of Geneva USA Inc. (Defendant)
- Oettinger Davidoff AG (Defendant)

The name of every other entity with publicly-traded stock, equity, or debt

that may be affected by the outcome of the proceedings:

- None known.

The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known.

The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

- SAJ Group, LLC (Plaintiff)

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 25, 2023                                Respectfully submitted,

*/s/ Weir L. King III*
Weir L. King III
Florida Bar No. 1039989
772-486-4486

Joseph J. Zito (Special Admission Pending)
202-466-3500
WHITESTONE LAW

1850 Towers Crescent Plaza,
#550 Tysons, Virginia 22182
wking@whitestone.law
jzito@whitestone.law
*Attorneys for Plaintiff*
SAJ Group, LLC