# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SAJ GROUP, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>OETTINGER DAVIDOFF AG,<br>DAVIDOFF OF GENEVA USA INC.,<br><br>   Defendant. | Case No. 8:23-cv-02396-KKM-AAS<br><br>**NOTICE OF A RELATED ACTION** |

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Pending cases: None

Closed cases:

- *Saj Group, LLC v. Oettinger Davidoff AG et al.* Case No. 1:19-cv-02606 in the Northern District of Illinois

Dated: November 7, 2023

Respectfully submitted,
*/s/ Weir L. King III*
Weir L. King III
Florida Bar No. 1039989
772-486-4486

Joseph J. Zito (Special Admission Pending)
202-466-3500
WHITESTONE LAW
1850 Towers Crescent Plaza, #550 Tysons, Virginia 22182
wking@whitestone.law

jzito@whitestone.law
*Attorneys for Plaintiff*
SAJ Group, LLC