AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **8:23-CV-02396**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Davidoff of Geneva USA, Inc.**
was recieved by me on **11/27/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C/O Diane Kalambokas**, who is designated by law to accept service of process on behalf of **Davidoff of Geneva USA, Inc.** at **3001 Gateway Centre Parkway, Pinellas Park, FL 33782** on **11/27/2023 at 2:47 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date: 11/27/2023

*George Vakalis*
*Server's signature*

**George Vakalis**
*Printed name and title*

**253 4th ST NW**
**Largo, FL 33770**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Payton S who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**



Tracking #: **0118871653**

