United States District Court
Middle District of Florida
Tampa Division

**SAJ GROUP, LLC**
  *Plaintiff,*

v.          NO. 8:23-CV-2396-KKM-AAS

**OETTINGER DAVIDOFF AG &**
**DAVIDOFF OF GENEVA USA INC**
  *Defendants.*

## Unopposed Motion for Special Admission

Joseph J. Zito, Esquire, moves for special admission to represent Plaintiff, SAJ Group, LLC in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the District of Columbia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

 No cases in the past 36 months.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I am registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: December 22nd, 2023

/s/ Joseph J. Zito
Joseph J. Zito
**WHITESTONE LAW**
1850 Towers Crescent Plaza
Suite 550
Tysons, Virginia 22182
(202)-466-3500
jzito@whitestone.law

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

/s/ Joseph J. Zito

## CERTIFICATE OF SERVICE

    I hereby certify that on the date indicated above I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will serve the document electronically on all the participants in this case.

/s/ Joseph J. Zito